No. 98–7904.  IN RE REIDT.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1015] denied.

No. 98–8208.  IN RE GAY.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8. Petitioner is allowed until May 17, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8238.  LOWE *v.* TURNER.  Sup. Ct. Okla.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8.  Petitioner is allowed until May 17, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–8733.  IN RE WILLS; and
No. 98–8773.  IN RE PERRY.  Petitions for writs of habeas corpus denied.

No. 98–1152.  FOOD AND DRUG ADMINISTRATION ET AL. *v.* BROWN & WILLIAMSON TOBACCO CORP. ET AL.  C. A. 4th Cir. Certiorari granted.

No. 98–958.  UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ET AL. *v.* ANDERSON ET AL.  C. A. 2d Cir. Certiorari granted limited to the following question: "Taking into account the constitutional powers pursuant to which it was enacted, does 42 U. S. C. § 1981 prohibit discrimination against noncitizens on the basis of alienage in private contracts?"

No. 97–1867.  UNUM LIFE INSURANCE COMPANY OF AMERICA *v.* CISNEROS.  C. A. 9th Cir.  Certiorari denied.

No. 98–1046.  BELLSOUTH CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 98–1153.  U S WEST, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.  Reported below: 144 F. 3d 58.